# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| FLORIDA SUNSHINE STANFORD § <br> § <br> v.  § <br>  § <br> JPMORGAN CHASE BANK, NATIONAL § <br> ASSOCIATION, CALIBER HOME § <br> LOANS, INC., U.S. BANK TRUST, N.A., § <br> AS TRUSTEE FOR LSF9 MASTER § <br> PARTICIPATION TRUST § | Civil Action No. 4:16-CV-510 <br> (Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 31, 2017, the report of the Magistrate Judge (Dkt. #33) was entered containing proposed findings of fact and recommendations that Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #13) be denied.

Having received the report and recommendation of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and hereby adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #13) is **DENIED**.

**IT IS SO ORDERED**.
SIGNED this 21st day of February, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE